

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2018

No. 04-17-00757-CV

**IN THE INTEREST OF D.E.M., A.F.G, M.L.R.G., K.E.G., AND A.G., CHILDREN**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02236
The Honorable Angelica Jimenez, Judge Presiding

## O R D E R

The State's brief was due on February 6, 2018. *See* TEX. R. APP. P. 38.6(b). On the due date, the State filed a first motion for a twenty-day extension of time to file its brief. The next day, the State filed its brief.

The State's motion is GRANTED. The State's brief is deemed timely filed.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2018.

KEITH E. HOTTLE,
Clerk of Court